# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| RONNIE MATTHEW SHARP, | : No. 46 WM 2014 |
| Petitioner | : |
| v. | : |
| DEPARTMENT OF CORRECTIONS RECORDS, SCI LAUREL HIGHLANDS AND PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.